AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
08/15/17
Clerk, U.S. District Court
Western District of Texas

by: D. Muniz
Deputy

USA §
 § CRIMINAL COMPLAINT
vs. § CASE NUMBER: PE:17-M -01172(1) -
 §
(1) Rigoberto Deleon-Fajardo §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 12, 2017** in **Presidio** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers
in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:   *"The Defendant was arrested on August 12, 2017, in the Western District of Texas by Marfa Border Patrol Agents. The Defendant is a citizen and national of Guatemala, who is present in the United States without having been admitted or paroled by an Immigration Officer. The Defendant last entered the United States on or about August 7, 2017, in Presidio County, Texas, in the Western District of Texas at a time and place not designated as a port of entry by the*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Rocha, Michelle
Border Patrol Agent

August 15, 2017                           at   PECOS, Texas
Date                                              City and State

LEON SCHYDLOWER
U.S. MAGISTRATE JUDGE                Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:17-M -01172(1)

WESTERN DISTRICT OF TEXAS

(1) Rigoberto Deleon-Fajardo

FACTS   (CONTINUED)

Secretary of Homeland Security. The Defendant was not in possession of Immigration documents allowing him to be in, or remain in, the United States legally. Defendant is a national and citizen of Guatemala.

IMMIGRATION HISTORY:
DELEON-Fajardo, Rigoberto has been deported 1 time on 04/11/2013, through NEW ORLEANS, LA.

CRIMINAL HISTORY:
DELEON-Fajardo, Rigoberto has no known Criminal History.

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS, PECOS DIVISION

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: PE:17-M -01172(1) |
| | § |
| (1) Rigoberto Deleon-Fajardo | § |

### JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Rigoberto Deleon-Fajardo, was presented by counsel, Duty Pub. Defender-Pecos.

The defendant pled guilty to the complaint on  . Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 USC 1325 | ILLEGAL ENTRY | August 07, 2017 |

As pronounced on  , the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED  . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Filed and signed on this the 15th day of August, 2017.

LEON SCHYDLOWER
U.S. MAGISTRATE JUDGE

Arresting Agency: Marfa Sector Border Patrol
USM #: